NO. 07-09-0347-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 8, 2010

_____

CHARLIE E. BECKHAM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-402,627; HONORABLE CECIL PURYEAR, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pursuant to a guilty plea in 2004, Appellant, Charlie E. Beckham, was placed on deferred adjudication for aggravated assault. He was placed on community supervision for two years. In 2006, pursuant to a guilty plea, Appellant was adjudicated guilty for violations of the terms and conditions of community supervision and sentenced to five

years confinement, suspended in favor of five years community supervision. In January 2009, the State moved to revoke community supervision for multiple violations of the terms and conditions thereof. Appellant entered a plea of not true to one of the State's allegations and true to the remaining allegations. The trial court revoked community supervision and sentenced Appellant to five years confinement.

Pending before this Court is Appellant's *Motion to Dismiss Appeal* in which he represents he wishes to withdraw his notice of appeal and dismiss the appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.